COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



RTS
Released

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



02 1R
000 2003152
MAILED FROM ZIP CODE 78701

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.48⁰

RE: WR-82,103-01

CHRISTOPHER TOBY DOWDEN
CLEVELAND UNIT - TDC # 1759805
P. O. BOX 1678
CLEVELAND, TX 77328

UTF